UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KEVIN MICHAEL-DORMAN BELTOWSKI,**
**INMATE NO. #802241**

    Petitioner-Appellant**,**

File No. **16-cv-14224**

-vs-

Hon. **John Corbett O'Meara**

**SHAWN BREWER, Warden, G. ROBERT COTTON CORRECTIONAL FACILITY,**

    Respondent-Appellee.

---
**CRAIG A. DALY, P.C. (P27539)**
Attorney for Petitioner
615 Griswold, Suite 820
Detroit, Michigan 48226
Phone:  (313) 963-1455
Email:  4bestdefense@sbcglobal.net
---

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Petitioner, KEVIN MICHAEL-DORMAN BELTOWSKI, by and through counsel, CRAIG A. DALY, P.C., hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion, Order and Final Judgment denying his Petition for Habeas Corpus dated November 14, 2017 entered by the Hon. John Corbett O'Meara.

    Respectfully submitted,

    /s/ Craig A. Daly
    **CRAIG A. DALY, P.C. (P27539)**
    Attorney for Petitioner
    615 Griswold, Suite 820
    Detroit, Michigan 48226
    Phone:  (313) 963-1455
    E-Mail: 4bestdefense@sbcglobal.net

Dated:  December 7, 2017


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**KEVIN MICHAEL-DORMAN BELTOWSKI,**
**INMATE NO. #802241**

    Petitioner-Appellant**,**

File No. **16-cv-14224**

**-vs-**

Hon. **John Corbett O'Meara**

**SHAWN BREWER, Warden, G. ROBERT COTTON CORRECTIONAL FACILITY,**

    Respondent-Appellee.

---
**CRAIG A. DALY, P.C. (P27539)**
Attorney for Petitioner
615 Griswold, Suite 820
Detroit, Michigan 48226
Phone: (313) 963-1455
Email: 4bestdefense@sbcglobal.net

---

## CERTIFICATE OF SERVICE

    **CRAIG A. DALY, P.C.**, hereby certify that on the **7th** day of **December 2017**, I electronically filed **Notice of Appeal** with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Hon. John Corbett O'Meara, Christopher M. Allen and John S. Pallas**.

                        Respectfully submitted,
                        /s/ Craig A. Daly
                        **CRAIG A. DALY, P.C. (P27539)**
                        Attorney for Petitioner
                        615 Griswold, Suite 820
                        Detroit, Michigan 48226
                        Phone: (313) 963-1455
                        E-Mail: 4bestdefense@sbcglobal.net

Dated: December 7, 2017