UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Michael–Dorman
Beltowski,

                Plaintiff(s),

v.                                   Case No. 5:16–cv–14224–JCO–EAS
                                      Hon. John Corbett O'Meara

Shawn Brewer,

                Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on December 7, 2017.


                                                DAVID J. WEAVER, CLERK OF COURT


                                                By: s/ N Ahmed_____
                                                     Deputy Clerk

Dated:   December 7, 2017